IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONNIE EUGENE WELLONS                                          PLAINTIFF

v.                      CASE NO: 4:19CV00511-JM

LUCAS EMBERTON, Sheriff,                                  DEFENDANTS
Van Buren County, *et al*.

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Lucas Emberton are dismissed without prejudice;

2. Plaintiff's official capacity claims are dismissed without prejudice;

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of August, 2019.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE